LINK:  1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 13-01115 GAF (SPx) | Date | September 19, 2013 |
|---|---|---|---|
| Title | Alex Szinegh v. Ultimate Management Inc et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        **(In Chambers)**

### ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

Plaintiff Alex Szinegh ("Plaintiff") brings this action against Ultimate Management, Inc., Jeffrey Fromberg, and the Law Offices of Jeffrey Fromberg, invoking this Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332.  (Docket No. 20 [First Amended Complaint ("FAC")].) However, the Court is unable to determine whether it has jurisdiction over this matter because Plaintiff's jurisdictional allegations are deficient.

Federal courts are courts of limited jurisdiction, and the burden of establishing jurisdiction rests upon the party asserting it. Kokkonen v. Guardian Life Ins. Co. Of Am., 511 U.S. 375, 377 (1994).  Diversity jurisdiction exists where the amount in controversy exceeds $75,000 and the matter is between citizens of different states.  28 U.S.C. § 1332(a).  "Diversity jurisdiction under 28 U.S.C. § 1332 requires complete diversity, i.e. every plaintiff must be diverse from every defendant."  Osborn v. Metropolitan Life Ins. Co., 341 F. Supp. 2d 1123, 1126 (E.D. Cal. 2004). As the Court has already explained in its previous Order to Show Cause, allegations of residence are insufficient to establish jurisdiction. Instead, citizenship is determined by a person's domicile—"[his] permanent home, where [he] resides with the intention to remain or to which [he] intends to return."  Kanter v. Warner-Lambert Co., 265 F.2d 853, 857–58 (9th Cir. 2001).

Plaintiff's FAC alleges only that he "is and has been at all relevant times a Nevada resident." (FAC ¶ 1.)  As set forth above, these allegations are inadequate to establish Plaintiff's Nevada citizenship.

/ / /

---

**LINK:  1**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-01115 GAF (SPx) | Date | September 19, 2013 |
|---|---|---|---|
| Title | Alex Szinegh v. Ultimate Management Inc et al | | |

       Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of subject matter jurisdiction.  **Plaintiff's response is due by the close of business on Friday, October 4, 2013.  <u>Failure to respond will be deemed consent to dismissal of the action.</u>**

       **IT IS SO ORDERED.**