JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SZINEGH,<br><br>                Plaintiff,<br><br>       v.<br><br>AVERY PRODUCTS CORPORATION,<br><br>                Defendant. | Case No.  EDCV 13-1115-GW(SPx)<br><br>**ORDER TO DISMISS** |

Based upon the Notice of Dismissal, filed on August 18, 2016 (Docket No. 760, it is hereby ORDERED that this action is hereby dismissed in its entirety.

IT IS SO ORDERED.

Dated: August 19, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE